UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Kenneth H. Hart

      v.                        Civil No. 14-cv-421-LM

US Department of the Treasury, et al

O R D E R

No objection having been filed, I herewith approve the Report and Recommendation dated November 19, 2014, and the Order granting in part and denying in part the Motion to Reconsider the Report and Recommendation dated January 26, 2015, by Magistrate Judge Andrea K. Johnstone. "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

SO ORDERED.

_____
Landya B. McCafferty
United States District Judge

Date: February 18, 2015

cc:   Kenneth H. Hart, pro se