UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Kenneth H. Hart</u>

    v.                                   Civil No. 14-cv-421-LM

<u>US Department of the Treasury, et al.</u>

<u>O R D E R</u>

After due consideration of the objection filed, I herewith approve the Report and Recommendations of Magistrate Judge Andrea K. Johnstone dated November 20, 2015.

    SO ORDERED.

                                              _____
                                              Landya B. McCafferty
                                              United States District Judge

Date: January 25, 2016

cc:   Kenneth H. Hart, Esq.